14.7
Index Number: 1:25-CV-12475-PBS

UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS, DISTRICT OF MASSACHUSETTS
ATTORNEY(S) BURSOR & FISHER, P.A.~
1130 AVENUE OF AMERICAS NEW YORK, NY 10019 | PH: (646) 837-7150

RICHARD SPOHN

Plaintiff

vs

INTERNATIONAL BUSINESS MACHINES CORP, ET AL.

Defendant

## AFFIRMATION OF SERVICE

**Naeem Price**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **9/15/2025**, at **12:41 PM** at **1 Orchard Rd , ARMONK, NY 10504**, Deponent served the within **Civil Cover Sheet; Summons in a Civil Action; Class Action Complaint** . On: **IBM RETIREMENT PLANS COMMITTEE**, therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **VANESSA DOWNEY** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of VANESSA DOWNEY is as follows:

**Perceived Gender**: Female   **Perceived Race**: Black   **Color of hair:** Black   **Age**: 51-65
**Height**: 5ft4in-5ft8in   **Weight**: Over 200 Lbs.   **Other** :

I affirm on this day  September 16, 2025   , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Naeem Price* (signature)
Naeem Price
Lic #
JobID    2554616

Client's File No.: 19021557

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771