UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD SPOHN, individually, and as representatives on plan participants and plan beneficiaries of the IBM Personal Pension Plan,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP., as Plan Administrator and Sponsor; the IBM RETIREMENT PLANS COMMITTEE, as Plan Administrator; and STATE STREET GLOBAL ADVISORS TRUST COMPANY, as independent fiduciary of the IBM Personal Pension Plan,<br><br>Defendants. | Case No. 1:25-cv-12475-PBS |

**JOINT MOTION REGARDING EXTENSION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants International Business Machines Corporation and the IBM Retirement Plans Committee (together, "IBM") and State Street Global Advisors Trust Company ("State Street" and, collectively with IBM, "Defendants") and Plaintiff Richard Spohn ("Plaintiff"), by and through their undersigned counsel, hereby jointly move the Court for a stipulated briefing schedule and page limit extension on Defendants' anticipated motion(s) to dismiss Plaintiff's Complaint, as set forth below. In support of this motion, Defendants and Plaintiff state as follows:

1. Plaintiff filed his Complaint ("Complaint") on September 5, 2025. The IBM Defendants were served on September 11, 2025 and September 15, 2025. State Street was served with summons on September 11, 2025.

1

2. Defendants' responses to the Complaint are due October 2, 2025 and October 6, 2025.

3. Defendants intend to file motion(s) to dismiss in response to the Complaint. The parties, having met and conferred, propose the following briefing schedule on Defendants' forthcoming responses to the Complaint:

   a. Defendants' motion(s) to dismiss the Complaint shall be filed by November 17, 2025. Defendants' memoranda in support of their motions shall not exceed thirty (30) pages;

   b. Plaintiff's opposition(s) to the motion(s) to dismiss shall be filed by January 13, 2026. Plaintiff's memoranda in opposition shall not exceed thirty (30) pages;

   c. Defendants shall have leave to file reply briefs in support of their motion(s) by February 13, 2026. Defendants' reply memoranda shall not exceed fifteen (15) pages.

4. As grounds for the Motion, the parties state that the stipulated deadlines are reasonable and will not unduly delay the matter, and that the complexity of the issues presented warrants the expansion of page limits for briefing.

WHEREFORE, the parties respectfully request that the Court allow this Joint Motion Regarding Extension of Defendants' Time to Respond to Plaintiff's Complaint.

Dated: September 30, 2025

Respectfully submitted,

/s/ *Alison V. Douglass*
Alison V. Douglass (BBO# 646861)
Jesse Lempel (BBO# 711793, Notice of Appearance and D.Mass. admission application pending)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
ADouglass@goodwinlaw.com

*Counsel for Defendant State Street Global Advisors Trust Co.*

/s/ *Laura Flahive Wu* (with permission)
Laura Flahive Wu (BBO# 672322, D.Mass. admission pending)
Robert Newman (Notice of Appearance and Pro Hac Vice application forthcoming)
Christian J. Pistilli (Notice of Appearance and Pro Hac Vice application forthcoming)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-6000
rnewman@cov.com

*Counsel for Defendants International Business Machines Corporation and the IBM Retirement Plans Committee*

/s/ *Yitzchak Kopel* (with permission)
BURSOR & FISHER, P.A.
Yitzchak Kopel (BBO# 716245)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150

Facsimile: (212) 989-9163  
Email: ykopel@bursor.com

EDWARD STONE LAW P.C.  
Edward S. Stone*  
205 East 42nd Street, Suite 1900  
New York, NY 10017  
Telephone: (203) 504-8425  
Facsimile: (203) 348-8477  
E-Mail: eddie@edwardstonelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I, Alison V. Douglass, hereby certify that counsel for the parties conferred regarding the foregoing motion and join in the request for relief therein.

Dated: September 30, 2025                    /s/ *Alison V. Douglass*
                                             Alison V. Douglass

## CERTIFICATE OF SERVICE

I, Alison V. Douglass, certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 30, 2025.

Dated: September 30, 2025                    /s/ *Alison V. Douglass*
                                             Alison V. Douglass