UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD SPOHN, CHARLES LYNCH, LINNEA BEI, and ARLENE CRISAFI, on behalf of themselves and as representatives of plan participants and plan beneficiaries of the IBM Personal Pension Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP., as Plan Administrator and Sponsor; the IBM RETIREMENT PLANS COMMITTEE, as Plan Administrator; and STATE STREET GLOBAL ADVISORS TRUST COMPANY, as independent fiduciary of the IBM Personal Pension Plan,<br><br>*Defendants*. | Case No. 1:25-cv-12475-PBS |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby submit as supplemental authority the Second Circuit's dismissal with prejudice (by stipulation) of the appeal in *Dempsey v. Verizon Communications, Inc.*, No. 1:24-cv-10004-AKH, 2026 WL 72197 (S.D.N.Y. Jan. 8, 2026), *appeal dismissed*, No. 26-283 (2d Cir. May 26, 2026).

At the April 24, 2026 motion hearing in this action, the Court indicated that it wished to be kept apprised of developments in the First Circuit, as well as in the Second Circuit, where two appeals in pension risk transfer (PRT)-related actions were pending—the *Dempsey* case, which like this action involved, *inter alia*, a Prudential PRT annuity and was dismissed by Judge Hellerstein for lack of standing and failure to state a claim, and *Doherty v. Bristol-Myers Squibb Co.*, No. 26-1021 (2d Cir.), which involves an Athene PRT annuity and reached the Second Circuit

1

via interlocutory appeal. Accordingly, Defendants write to apprise the Court that the day before the *Dempsey* plaintiffs' opening brief was due to be filed in the Second Circuit, they decided to voluntarily dismiss their appeal. The parties therefore jointly stipulated to dismissal with prejudice, which the Second Circuit ordered. The district court judgment issued by Judge Hellerstein is therefore now final.

Dated: June 16, 2026

Respectfully submitted,

/s/ *Laura Flahive Wu (with permission)*
Laura Flahive Wu (BBO# 672322)
Robert Newman (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-6000
rnewman@cov.com

*Counsel for Defendants International Business Machines Corporation and the IBM Retirement Plans Committee*

/s/ *Alison V. Douglass*
Alison V. Douglass (BBO No. 646861)
Jesse Lempel (BBO# 711793)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
ADouglass@goodwinlaw.com

*Counsel for Defendant State Street Global Advisors Trust Company*

2

## CERTIFICATE OF SERVICE

I, Alison V. Douglass, hereby that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 16, 2026.

Dated: June 16, 2026                                              /s/ *Alison V. Douglass*
                                                                 Alison V. Douglass